**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| Sergey Setlonok, | : |
| | : |
| | : Civil Action No.: 1:11-cv-02300-CCB |
| Plaintiff, | : |
| v. | : |
| | : |
| Portfolio Recovery Associates, L.L.C.; and DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITH PREJUDICE**
**PURSUANT TO RULE 41(a)**

Sergey Setlonok ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: November 2, 2011

                                              Respectfully submitted,
                                              By /s/ Forrest E. Mays_____
                                              Forrest E. Mays (Bar No. 07510)
                                              1783 Forest Drive, Suite 109
                                              Annapolis, MD  21401
                                              Telephone: (410) 267-6297
                                              Facsimile: (410) 267-6234
                                              Email: mayslaw@mac.com

                                              Of Counsel To
                                              LEMBERG & ASSOCIATES L.L.C.
                                              A Connecticut Law Firm
                                              1100 Summer Street, 3rd Floor
                                              Stamford, CT 06905
                                              Telephone: (203) 653-2250
                                              Facsimile:  (203) 653-3424
                                              ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

  I hereby certify that on November 2, 2011, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Maryland Electronic Document Filing System (ECF) and that the document is available on the ECF system.

              By /s/ Forrest E. Mays

                Forrest E. Mays